U.S. Department of Justice

United States Attorney
Northern District of California

E-FILING

150 Almaden Boulevard, Suite 900  (408) 535-5061
San Jose, California 95113         FAX: (408) 535-5066
San Jose, California 95113

May 5, 2008

Jose Juan Juarez
3805 Howe Ct
Fremont, CA   94538-5548

FILED
JUN 24 2008

CR 08 - 90300 MISC
RS

Dear Mr. Juarez,

    This letter is to advise you that you are the target of a Federal Grand Jury investigation of criminal violations of federal laws including Title 21 United States Code 841, 18 United States Code 924 (c), and 18 United States Code 922 (g) (3). If you are interested in resolving this matter short of an Indictment, please have your attorney contact the undersigned at (408) 535-5053. If you cannot afford an attorney, I would suggest that you call the Federal Public Defenders' Office at (408) 291-7753 and request the assignment of a panel attorney.

    If no contact is made with our office prior to May 19, 2008, the matter will proceed in the ordinary course of prosecution.

Sincerely,

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS M. O'CONNELL
Assistant United States Attorney