# FEDERAL PUBLIC DEFENDER

Northern District of California
San Jose Division
160 West Santa Clara Street
Suite #575
San Jose California 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

E-FILING

Telephone: (408)291-7753
FAX: (408)291-7399

June 23, 2008

Richard Seeborg
U.S. Magistrate Judge
280 South First Street
San Jose, CA  95113

FILED
JUN 24 2008

RE: <u>Jose Juan Suarez</u>

Dear Judge Seeborg:

CR08 - 90300 MISC
RS

    Our office has been contacted by Jose Juan Suarez. Mr. Suarez received a target letter from Tom O'Connell, Assistant U.S. Attorney. Mr. Suarez has requested assistance from the Federal Public Defender. He has completed a financial affidavit. It is enclosed for your review.

    Enclosed is a proposed order appointing the Federal Public Defender. If you have any comments or questions, please contact Nicholas Humy or Manuel Araujo. Thank you for your attention to this matter.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

ELAINE A. SPIKES
Branch Administrative Assistant
for the Federal Public Defender

:eas
enclosures