FILED
JUN 24 2008

E-FILING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR08-90300 OMISC RS
) No.
Plaintiff, )
) [~~PROPOSED~~] as ORDER APPOINTING
vs. ) THE FEDERAL PUBLIC DEFENDER
)
JOSE JUAN SUAREZ, )
)
Defendant. )
_____ )

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Federal Public Defender shall be appointed to represent Jose Juan Suarez, precharge.

DATED: 6/24/, 2008

RICHARD SEEBORG
United States Magistrate Judge

CJa 23 Submitted

1